No. 87–1342. ARAMBULO *v.* UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to file transcript of proceeding in the

District Court under seal granted. Certiorari denied. ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮